**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EQUAL RIGHTS CENTER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:17-CV-02659-TNM |
| ) | Judge Trevor N. McFadden |
| MID-AMERICA APARTMENT ) | |
| COMMUNITIES, INC., and ) | |
| MID-AMERICA APARTMENTS, L.P., ) | |
| ) | |
| *Defendants*. ) | |

## JOINT STIPULATION REGARDING SETTLEMENT

Plaintiff Equal Rights Center and Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. have agreed to resolve this case pending the Court's entry of the attached Consent Order. The parties thus respectfully request that the attached Consent Order be entered.

Respectfully Submitted,

Dated: October 2, 2018

/s/ Jennifer Klar
Jennifer Klar
John P. Relman
RELMAN, DANE & COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
jklar@relmanlaw.com
jrelman@relmanlaw.com

/s/ Catherine Cone
Catherine Cone
Tiffany Yang
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Tel: (202) 319-1000
Fax: (202) 319-1010
catherine_cone@washlaw.org
tiffany_yang@washlaw.org

*Counsel for Plaintiff*


/s/ Lynn E. Calkins
Lynn E. Calkins
Christine N. Walz
David L. Haller
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Tel: (202) 955 3000
Fax: (202) 955 5564
lynn.calkins@hklaw.com
christine.walz@hklaw.com
david.haller@hklaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of October, 2018, a copy of the foregoing was served via electronic mail on all parties of record:

>John P. Relman
>Jennifer Klar
>Relman, Dane & Colfax, PLLC
>1225 19th St., N.W., Suite 600
>Washington, D.C. 20036
>
>Catherine Cone
>Tiffany Yang
>Washington Lawyers' Committee
>   for Civil Rights and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036

>/s/ Lynn E. Calkins
>Lynn E. Calkins